UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CASE NUMBER: 300CV1614AWT         APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

CAR WORLD II and ATLANTIC COAST CAPITAL

7/12/07
Date

_____
Signature

CT 07635
Connecticut Federal Bar Number

Douglas I. Milan
Name

203-359-3099
Telephone Number

76 Progress Drive
Address

203-359-4567
Fax Number

Stamford, Connecticut 06902

dimilan@ix.netcom.com
E-mail address

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Ian Cole, Esq.
Cohen & Thomas
315 Main Street
Derby, CT 06418

Carl P. Fortuna, Jr., Esq.
Fortuna & Cartelli
134 Washington Street
Middletown, CT 06457-2863

_____
Signature