UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

2007 OCT 22 P 12: 34

| | |
|---|---|
| Luccianni McClean | : |
| VS. | : Civ. Act. No.300CV1614(awc) |
| Car World II and Atlantic Coast Capital | : |

## STIPULATON AND ORDER FOR DISMISSAL

The Parties, having reached a settlement of all claims, hereby stipulate to a dismissal of this action.

THE PLAINTIFF

LUCCIANNI MCCLEAN

Date

By: _____
Ian Cole, Esq. ct07623
Cohen & Thomas
315 Main Street
Derby, Connecticut
(203) 735-9521

THE DEFENDANTS

CAR WORLD a/k/a/ CAR WORLD II
and ATLANTIC COAST CAPITAL

Date: 10/19/07

By: _____
Douglas Milan, Esq.
76 Progress Drive
Stamford, CT 06902
(203) 359- 3099